PS 42
(Rev 07/93)

# United States District Court

## Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 04 2013

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

United States of America    )
                            )
vs                          )
                            )
Rodney Lynn Spradlin        )    Case No. 4:12CR00306-13 KGB

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Rodney Lynn Spradlin, have discussed with Kay L. Aist, Pretrial Services/Probation Officer, modification of my release as follows:

The defendant must undergo medical or psychological treatment: submit to mental health counseling if the pretrial services officer or supervising officer considers it advisable.

I consent to this modification of my release conditions and agree to abide by this modification.

_X Rodney Spradlin_      01/24/13      _Kay Aist_      01/24/13
Signature of Defendant   Date          Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____      1-29-13
Signature of Defense Counsel   Date

[✓]  The above modification of conditions of release is ordered, to be effective on  1-24-13.
      NWC pri HWC

[ ]  The above modification of conditions of release is <u>not</u> ordered.

_____      2-4-13
Signature of Judicial Officer   Date